UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Crystal Griffin-Dudley, et al.,          Case No. 3:22-cv-1511

    Plaintiffs

v.

        JOURNAL ENTRY

Lucas Metropolitan Housing Authority, et al.,

    Defendants

In accordance with the accompanying Memorandum of Opinion and Order, this action is hereby dismissed. The Court further certifies, pursuant to 28 U.S.C. §1915(a)(3), that an appeal from this decision could not be taken in good faith.

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge